**UNITED STATES of America,**
**Appellee,**

v.

**Dorman HAIRE, Appellant.**

**No. 09–1507.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 16, 2009.

Filed: Nov. 24, 2009.

Before MURPHY, SMITH, and
BENTON, Circuit Judges.

PER CURIAM.

Dorman Haire appeals the sentence the
district court[1] imposed after he pleaded
guilty to knowingly possessing 2.5 kg of
cocaine with intent to distribute in viola-
tion of 21 U.S.C. § 841(a)(1). He chal-
lenges the application of a sentencing en-

hancement for possession of a firearm in
connection with a drug offense. U.S.S.G.
§ 2D1.1(b)(1). After reviewing the district
court's application of the guidelines de
novo and its underlying factual findings for
clear error, we affirm.

Haire was at the home of his estranged
wife when police responded to a report of
domestic disturbance at the residence, pos-
sibly involving a firearm. After receiving
verbal consent to search the home, police
found and seized 2.5 kg of cocaine hidden
in a clothes dryer and a Smith and Wesson
revolver concealed in an upstairs bedroom
closet. Haire accepted responsibility for
the cocaine but denied knowledge of the
firearm.

It is undisputed that the weapon and
drugs were seized from the same home at
the same time. Though Haire did not live
at the residence, he was present at the
time of the search and exercised sufficient
authority and dominion over the home to
conceal drugs there. We conclude that the
district court did not err in applying the
enhancement because it is not clearly im-
probable that the weapon was connected to
the underlying drug offense. *See United
States v. Peroceski*, 520 F.3d 886, 889 (8th
Cir.2008) ("[The] well-known tendency of
drug criminals to use firearms in connec-
tion with their drug activities supports an
inference that a gun near the vicinity of
drug activity is somehow connected to it.");
*United States v. Hiveley*, 61 F.3d 1358,
1363 (8th Cir.1995) ("Constructive posses-
sion will suffice to justify an upward ad-
justment for possession of a firearm ...").
The district court did not clearly err in
finding that Haire constructively possessed
the weapon also found on the premises.

---

1. The Honorable Jean C. Hamilton, United
States District Judge for the Eastern District
of Missouri.

Accordingly, we affirm the judgment of the district court.